| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
J&K SAI Hospitality, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
46-2698591

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3984 Barrancas Ave<br>Pensacola, FL 32507<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Escambia<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  J&K SAI Hospitality, LLC                                    Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   J&K SAI Hospitality, LLC                                          Case number (*if known*)
         Name

List all cases. If more than 1,
attach a separate list           Debtor                                    Relationship
                                 District             When                 Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
                                 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency
         Contact name
         Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99           ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☑ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐  $50,001 - $100,000       ☑ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  J&K SAI Hospitality, LLC
        Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 5, 2024
              MM / DD / YYYY

**X** /s/ Ramesh Patel                                      Ramesh Patel
Signature of authorized representative of debtor            Printed name

Title   Registered Agent and MGRM

**18. Signature of attorney**

**X** /s/ Michael A. Wynn                                   Date   December 5, 2024
Signature of attorney for debtor                                   MM / DD / YYYY

Michael A. Wynn 112300
Printed name

Wynn & Associates PLLC
Firm name

430 W. 5th Street
Suite 400
Panama City, FL 32401
Number, Street, City, State & ZIP Code

Contact phone  (850) 303-7800      Email address  michael@wynnpllc.com

112300 FL
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | J&K SAI Hospitality, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cadence Bank<br>Edwin G. Rice, Esq.<br>Bradley Arant Boult Cummings LLP<br>1001 Water St. Ste 1000<br>Tampa, FL 33602 | | 3984 Barrancas Ave Pensacola FL | | $4,961,134.47 | $0.00 | $4,961,134.47 |
| Choice Hotels International | | | Disputed | | | $345,221.17 |
| Cotton Commercial USA, Inc.<br>C/O James T. Ferrara<br>7777 Glade Rd Suite 400<br>Boca Raton, FL 33434 | | | | | | $105,436.65 |
| Cytranet<br>61 St Joseph Street Suite 502<br>Mobile, AL 36602 | | | | | | $0.00 |
| Environmental Enforcement Division<br>3363 West Park Place<br>Pensacola, FL 32505 | | Code Enforcement violations | | | | $0.00 |
| Escambia County Tax Collector<br>221 Palafox Place Suite 110<br>Pensacola, FL 32502 | | Tourist Development Tax Warrant | | | | $7,877.24 |
| Florida Department of Revenue<br>Pensacola Service Center<br>2205 La Vista Ave Ste B<br>Pensacola, FL 32504 | | Sales and Use Tax | | | | $0.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

| Debtor | J&K SAI Hospitality, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Department of Revenue<br>Office of the General Counsel<br>Attn Agency Clerk, Bldg. One<br>2450 Shumard Oak Blvd<br>Tallahassee, FL 32399-0104 | | notice only | | | | $0.00 |
| Florida Department of Revenue<br>Office of the General Counsel<br>Attn: Agency Clerk<br>PO Box 6668<br>Tallahassee, FL 32314 | | notice only | | | | $0.00 |
| Knightsbridge Funding Inc<br>7014 13th Ave<br>Ste 20<br>Brooklyn, NY 11228 | | | Unliquidated<br>Disputed | | | $0.00 |
| Meged Funding Group Corp<br>12 Zeck Court<br>Suffern, NY 10901 | | | Unliquidated<br>Disputed | | | $0.00 |
| Stone Mountain Access Systems Inc.<br>4053 May Street<br>Hillside, IL 60162 | | claim of lien pursuan to contract with StopLoss | | | | $136,227.68 |
| StopLoss Specialists, LLC<br>Vedder Price, LLP<br>600 Brickell Ave, Suite 1500<br>Miami, FL 33131 | | Case No 2024-1012- CA Escambia County | Unliquidated<br>Disputed | | | $15,222,126.10 |

| | |
|---|---|
| Cadence Bank<br>Edwin G. Rice, Esq.<br>Bradley Arant Boult Cummings LLP<br>1001 Water St. Ste 1000<br>Tampa, FL 33602 | Florida Department of Revenue<br>Office of the General Counsel<br>Attn: Agency Clerk<br>PO Box 6668<br>Tallahassee, FL 32314 |
| Choice Hotels International | Knightsbridge Funding Inc<br>7014 13th Ave<br>Ste 20<br>Brooklyn, NY 11228 |
| Cotton Commercial USA, Inc.<br>C/O James T. Ferrara<br>7777 Glade Rd<br>Suite 400<br>Boca Raton, FL 33434 | Meged Funding Group Corp<br>12 Zeck Court<br>Suffern, NY 10901 |
| Cytranet<br>61 St Joseph Street<br>Suite 502<br>Mobile, AL 36602 | Stone Mountain Access Systems Inc.<br>4053 May Street<br>Hillside, IL 60162 |
| Environmental Enforcement Division<br>3363 West Park Place<br>Pensacola, FL 32505 | StopLoss Specialists, LLC<br>Vedder Price, LLP<br>600 Brickell Ave, Suite 1500<br>Miami, FL 33131 |
| Escambia County Clerk of Court<br>190W Government Street<br>Pensacola, FL 32502 | |
| Escambia County Tax Collector<br>221 Palafox Place<br>Suite 110<br>Pensacola, FL 32502 | |
| Florida Department of Revenue<br>Pensacola Service Center<br>2205 La Vista Ave Ste B<br>Pensacola, FL 32504 | |
| Florida Department of Revenue<br>Office of the General Counsel<br>Attn Agency Clerk, Bldg. One<br>2450 Shumard Oak Blvd<br>Tallahassee, FL 32399-0104 | |

# United States Bankruptcy Court
## Northern District of Florida

In re: J&K SAI Hospitality, LLC
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for J&K SAI Hospitality, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 5, 2024
Date

/s/ Michael A. Wynn
Michael A. Wynn 112300
Signature of Attorney or Litigant
Counsel for J&K SAI Hospitality, LLC
Wynn & Associates PLLC
430 W. 5th Street
Suite 400
Panama City, FL 32401
(850) 303-7800 Fax:(850) 526-5210
michael@wynnpllc.com