UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

J&K SAI Hospitality, LLC.,                        CASE NO. 24-31020-KKS

                                                  CHAPTER 11

_____Debtor._____/

# UNITED STATES TRUSTEE EXPEDITED MOTION TO DISMISS OR CONVERT CASE

Mary Ida Townson, United States Trustee for Region 21, pursuant to 11 U.S.C. § 1112(b), respectfully moves this Court to enter an order dismissing or in the alternative converting this chapter 11 case, and in support respectfully states as follows:

1. J&K SAI Hospitality, LLC., (the "Debtor") filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code on December 5, 2024.

2. The Debtor's bankruptcy schedules indicate it owns commercial real property (the "Property") located in Escambia County, FL which is encumbered by a lien held by Cadence Bank [ECF No. 21]. The Property is the only asset of the estate.

3. On December 11, 2024, the Office of the United States Trustee sent the Debtor, through its counsel, email correspondence scheduling an Initial Debtor

Interview (the "IDI") for December 18, 2024[1], and requesting certain information in accordance with the United States Trustee Operating Guidelines and Reporting Requirements, including proof of insurance for the Property (the "Guidelines") to be provided no later than December 16, 2024.

4. The Debtor provided an expired certificate of force-placed insurance prior to the IDI held on December 30, 2024.

5. On January 2, 2025, the Office of the United States Trustee issued a second letter requesting the outstanding items not produced prior to the IDI, with a due date of January 9, 2025.

6. As of this date, the Debtor has not provided proof of insurance for the Property or provided the United States Trustee with full compliance of the Guideline documents requested. Specifically, the Debtor failed to open the required Debtor in Possession bank account and provide other financial documents.

7. On January 29, 2025, Cadence Bank filed a Verified Motion for Relief from Stay (the "Relief from Stay Motion") [ECF No. 42].

8. The Relief from Stay Motion indicates that the Debtor failed to obtain insurance on the Property prior to January 19, 2025, the expiration of the force placed insurance. Currently, it is unclear whether the Property is adequately insured through any property insurance.

---

[1] Which was subsequently rescheduled by agreement for December 30, 2024.

9. Pursuant to 11 U.S.C. § 1112(b)(4)(C), failure to maintain appropriate insurance that poses a risk to the estate or to the public is sufficient grounds to convert or dismiss the case.

10. Pursuant to 11 U.S.C. § 1112(b)(4)(H), failure to timely provide information or attend meetings reasonably requested by the United States Trustee is sufficient grounds to convert or dismiss this case.

11. The foregoing factors are indicative of the Debtor's inability to manage its affairs and effectively maneuver through the reorganization process. There appears an absence of a reasonable likelihood of rehabilitation and an unlikely ability to effectuate a plan, and therefore, it is in the best interest of creditors and the estate that this case be converted or dismissed pursuant to 11 U.S.C. § 1112(b).

WHEREFORE, the United States Trustee requests this Court to enter an Order dismissing or converting this case, and for such other and further relief that the Court may deem appropriate.

Dated: January 29, 2025.                MARY IDA TOWNSON
                                        United States Trustee

                                        /s/ Adisley M. Cortez-Rodriguez
                                        Adisley M. Cortez-Rodriguez Esq.
                                        Florida Bar No. 0091727
                                        Assistant United States Trustee
                                        110 East Park Avenue, Suite 128
                                        Tallahassee, FL 32301
                                        Tel: (202) 567-1574
                                        Adisley.M.Cortez-Rodriguez@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY on January 29, 2025 a true and correct copy of foregoing was electronically filed with the Court using the CM/ECF system, which sent notification and was electronically served on all parties in interest participating in the CM/ECF system:

- Michael Austen Wynn wynn.michaelr88702@notify.bestcase.com michael@wynnlaw-fl.com;katrina@wynnlawfl.com; heather@burgwynn.com
- Anthony Darrell Lehman  alehman@hlpwlaw.com; dripley@hlpwlaw.com
- Edwin G. Rice  eRice@bradley.com; ajecevicus@bradley.com;edwin-rice-1713@ecf.pacerpro.com
- Michael L. Schein mschein@vedderprice.com

                                                           /s/ *Adisley M. Cortez-Rodriguez*
                                                           Adisley M. Cortez-Rodriguez